MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
BRENT D. HUNTLEY, ESQ.
Nevada Bar No. 12405
KARL A. SHELTON, ESQ.
Nevada Bar No. 12868
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Facsimile: (702) 478-7779
Email: michael@shumwayvan.com
Email: brent@shumwayvan.com
Email: karl@shumwayvan.com
*Attorneys for Plaintiff*

# UNITED STATES FEDERAL COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK EDWARDS DAVIS, LLC and DREAM CONNECTIONS INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ENGAGE ENTERPRISES, LLC, and OLEG VYDRA; <br><br> Defendants. | Case No.: 2:17-CV-01876-JAD-VCF <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> ECF No. 6 |

THIS MATTER comes before the Court on Plaintiffs Mark Edward Davis, LLC and Dream Connections International Inc.'s motion for preliminary injunction. Having reviewed the papers in support of and in opposition to this motion (if any), and being fully advised, the Court finds that Plaintiffs have demonstrated both a strong likelihood of success on the merits and the possibility that they face immediate, irreparable injury from Defendants' conduct. Accordingly, Plaintiffs are entitled to provisional injunctive relief, and the Court GRANTS Plaintiffs' motion as follows:

1. Upon finding that Plaintiffs have carried their burden of showing (a) the possibility of irreparable injury and (b) a likelihood of success on the merits, this Preliminary Injunction is granted pursuant to Federal Rules of Civil Procedure 65, 15 U.S.C. § 1116(a), and the inherent equitable powers of the Court.

2. The Court hereby preliminarily RESTRAINS AND ENJOINS Defendants, their agents, servants, employees, attorneys, and all others in active concert or participation with Defendants, from using or simulating Plaintiffs' proprietary systems, programs, tours, itineraries, or trade names without Plaintiffs' express authorization; from publishing any materials, webpages, promotional videos or tour events which incorporate or simulate Plaintiffs' proprietary systems, programs or trade names or maintaining the same.

3. This Preliminary Injunction takes effect immediately and shall remain in effect pending trial in this action or until further order of the court.

IT IS SO ORDERED.

_____
U.S. District Court Jennifer Dorsey
8-25-17