# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MARK EDWARDS DAVIS, LLC, et al

              Plaintiffs,

v.

ENGAGE ENTERPRISES, LLC, and
OLEG VYDRA

              Defendants.

Amended

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-CV-01876-JAD-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Plaintiffs against Defendants in the amount of $30,000.00

  April 23, 2019  
_____  
Date

  DEBRA K. KEMPI  
_____  
Clerk

  /s/ J. Matott  
_____  
Deputy Clerk