# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Mark Edwards Davis LLC, et al

            Plaintiffs,

  v.

Engage Enterprises, LLC, et al

            Defendants.

JUDGMENT FOR ATTORNEY FEES

Case Number: 2:17-cv-01876-JAD-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

plaintiffs are awarded attorneys' fees in the amount of $22,162.00.

6/14/2019  
Date

DEBRA K. KEMPI  
Clerk

/s/ D. Cacciabaudo  
Deputy Clerk